# Schedule A -  Acts of Infringement

Schedule A - Acts of Infringement

Schedule A

Columns

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff(s)_ | Musical Composition | Writer(s) | Date of Publication | Certificate of Registration Number | Date of Known Infringement |
| 1. | UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC. | FEELS GOOD | Dwayne Wiggins<br><br>Ray Wiggins<br><br>Tim Christian<br><br>Carl Wheeler | May 7, 1990 | PA 474-957 | January 7, 2017 |
| 2. | UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING INC. | ROCK THE CASBAH | Paul Simonon<br><br>Topper Headon<br><br>Joe Strummer<br><br>Mick Jones | May 16, 1982 | PA 146-735 | January 7, 2017 |
| 3. | UNIVERSAL MUSIC CORPORATION<br><br>ALMO MUSIC CORPORATION | CLICK CLICK BOOM | Josey Sappington (p/k/a Josey Scott)<br><br>Chris Dabaldo | March 27, 2001 | PA 1-055-615 | January 7, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| | BLACK LAVA MUSIC | | Wayne Swinney | | |
| | FIVE SUPERSTARS MUSIC | | Robert Marlette | | |
| | | | Dave Novotny | | |
| | | | Paul Crosby | | |
| 4. | LIT UP MUSIC | CRAZY BITCH | Joshua Todd Gruber | November 29, 2005 | PA 1-163-715 |
| | | | | | January 7, 2017 |
| | | | Keith Edward Nelson | | |