AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Universal Polygram International Publishing, Inc.; Universal Music Corp.; Almo Music Corp.; Black Lava Productions, Incorporated d/b/a Black Lava Music; Five Superstars Music; and Lit Up Music,<br>*Plaintiff(s)*<br>v.<br>CVSM LLC d/b/a Centerfolds Cabaret; Steve Paik; Cory Jackson; John Nelson; Drayton Naty; and Does I-X, inclusive<br>*Defendant(s)* | Civil Action No. 2:17-cv-01230-RFB-CWH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CVSM LLC d/b/a Centerfolds Cabaret
c/o Registered Agent: Steve Paik/Owner
4416 Paradise Road
Las Vegas, Nevada 89169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nathan Kanute, Esq.
Snell & Wilmer L.L.P.
50 W Liberty St Ste 510
Reno NV 89501-1961

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK
*(signature)*
(By) DEPUTY CLERK

5/3/2017
DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-cv-01230-RFB-CWH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>CVSM LLC d/b/a Centerfolds Cabaret c/o STEVE PAIK/ OWNER, REGISTERED AGENT</u> was received by me on *(date)* <u>May 11, 2017, 10:18 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>STEVE PAIK/ OWNER, REGISTERED AGENT</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>CVSM LLC d/b/a Centerfolds Cabaret BY SERVING MISTY SUBIT, ADMINISTRATOR.PER NEVADA REVISED STATUTE 14.020 2.: as a person of suitable age and discretion at 4416 PARADISE ROAD, LAS VEGAS, NV 89169, which address is the most recent street address of the registered agent shown on the information filed with the Secretary of State pursuant to chapter 77 of NRS.</u> on *(date)* <u>Mon, May 15 2017, 4:05 P.M.</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$75.00</u>.

I declare under penalty of perjury that this information is true.

Date: MAY 16, 2017

*John Ely*
*Server's signature*

JOHN ELY R-082291

*Printed name and title*

ACE Executive Services, LLC (NV #2021C)
8275 S EASTERN AVE STE 200
LAS VEGAS, NV 89123
702 919-7223
JOB:1414916

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 15, 2017, 4:05 pm PDT at 4416 PARADISE ROAD, LAS VEGAS, NV 89169 received by MISTY SUBIT, ADMINISTRATOR.