AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Universal Polygram International Publishing, Inc.; Universal Music Corp.; Almo Music Corp.; Black Lava Productions, Incorporated d/b/a Black Lava Music; Five Superstars Music; and Lit Up Music,<br>*Plaintiff(s)*<br>v.<br>CVSM LLC d/b/a Centerfolds Cabaret; Steve Paik; Cory Jackson; John Nelson; Drayton Naty; and Does I-X, inclusive<br>*Defendant(s)* | Civil Action No. 2:17-cv-01230-RFB-CWH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Drayton Nay
7640 Cozyloft Drive
Las Vegas, NV 89123

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nathan Kanute, Esq.
Snell & Wilmer L.L.P.
50 W Liberty St Ste 510
Reno NV 89501-1961

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*(By) DEPUTY CLERK*

DATE: 5/3/2017

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-cv-01230-RFB-CWH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DRAYTON NAY was received by me on *(date)* May 11, 2017, 10:18 am.

[X] I personally served the summons on the individual at *(place)* 6280 SPRING MOUNTAIN ROAD SUITE 110, LAS VEGAS, NV 89146 on *(date)* Wed, May 24 2017 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $110.00.

I declare under penalty of perjury that this information is true.

Date: MAY 25, 2017

*John Ely*
Server's signature

JOHN ELY R-082291
Printed name and title

ACE Executive Services, LLC (NV #2021C)
8275 S EASTERN AVE STE 200
LAS VEGAS, NV 89123
702 919-7223
Job: 1414963 (11019.00265)

Server's address

Additional information regarding attempted service, etc.:Unsuccessful Attempt: May 15, 2017, 4:26 pm PDT at 7640 COZYLOFT DRIVE, LAS VEGAS, NV 89123-No answer at the door. No vehicles or sounds.Unsuccessful Attempt: May 15, 2017, 6:23 pm PDT at 7640 COZYLOFT DRIVE, LAS VEGAS, NV 89123-No answer. No lights vehicles or sounds. Unsuccessful Attempt: May 16, 2017, 8:43 am PDT at 7640 COZYLOFT DRIVE, LAS VEGAS, NV 89123-No answer. No vehicles or sounds. Unsuccessful Attempt: May 17, 2017, 6:33 pm PDT at 7640 COZYLOFT DRIVE, LAS VEGAS, NV 89123-No answer. No lights vehicles or sounds. Unsuccessful Attempt: May 18, 2017, 8:16 am PDT at 7640 COZYLOFT DRIVE, LAS VEGAS, NV 89123-No answer. No vehicles or sounds. Left note. Unsuccessful Attempt: May 18, 2017, 5:06 pm PDT at 7640 COZYLOFT DRIVE, LAS VEGAS, NV 89123-The owner of the house stated that this is one of her rentals and Drayton Nay was evicted. She said to call the property manager, Deborah, and ask her if she has a forwarding address. I called 702 302-7867 and left a voice mail. I received a call back and Deborah stated that she did not have a forwarding address. She said that the last phone number she had for him is: 727 712-7314. Successful Attempt: May 24, 2017, 11:31 am PDT at 6280 SPRING MOUNTAIN ROAD SUITE 110, LAS VEGAS, NV 89146 received by DRAYTON NAY. DOCUMENTS SERVED:SUMMONS IN A CIVIL ACTION; COMPLAINT