1    Nathan G. Kanute, Esq.
     Nevada Bar No. 12413
2    SNELL & WILMER L.L.P.
     50 West Liberty Street, Suite 510
3    Reno, Nevada 89501-1961
     Telephone: 775-785-5440
4    Facsimile: 775-785-5441
     Email: nkanute@swlaw.com
5
     *Attorneys for Plaintiffs*
6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9

10   UNIVERSAL POLYGRAM
     INTERNATIONAL PUBLISHING, INC.;        Case No.  Case No.  2:17-cv-01230
11   UNIVERSAL MUSIC CORP.; ALMO MUSIC
     CORP.; BLACK LAVA PRODUCTIONS,
12   INCORPORATED d/b/a BLACK  LAVA
     MUSIC; FIVE SUPERSTARS MUSIC; and      **JOINT STIPULATION AND ORDER**
13   LIT UP MUSIC;                          **TO EXTEND TIME TO RESPOND TO**
                                            **COMPLAINT**
14                   Plaintiffs,

15   vs.

16   CVSM LLC d/b/a CENTERFOLDS             **(FIRST REQUEST)**
     CABARET; STEVE PAIK; CORY
17   JACKSON; JOHN NELSON; DRAYTON
     NAY; and DOES I-X, inclusive;
18
                     Defendants.
19

20        Plaintiffs, Universal Polygram International Publishing, Inc., Universal Music Corp.,

21   Almo Music Corp., Black Lava Productions, Incorporated d/b/a Black Lava Music, Five

22   Superstars Music, and Lit Up Music (collectively, "Plaintiffs"), by and through their counsel, and

23   defendants, CVSM LLC d/b/a Centerfolds Cabaret ("CVSM"), and Steve Paik ("Paik"), for good

24   cause shown, hereby stipulate and agree to an extension of time for CVSM and Paik to respond to

25   Plaintiffs' complaint from June 5, 2017 to July 24, 2017. This is the first extension request.

26

27        Pursuant to Fed. Rule Civ. Proc. 6(b)(1) and Local Rule IA 6-1, there exists good cause to

28   grant this extension to respond for the following reasons:

4837-6520-5323

1         1.     This extension will permit CVSM and Paik to prepare thorough and complete

2    answers helpful to resolving the issues in the case and will also permit the parties to engage in

3    meaningful settlement discussions and work toward a possible resolution of this matter;

4         2.     This extension will permit CVSM and Paik to hire counsel; and

5

6         3.     This stipulated extension request is sought in good faith and is not made for the

7    purpose of delay.

8         Therefore, the Plaintiffs jointly with CVSM and Paik, agree for an extension to July 24,

9    2017 for CVSM and Paik to answer or otherwise respond to Plaintiffs' complaint.

10   **PLAINTIFFS**                                    **DEFENDANTS**

11   SNELL AND WILMER L.L.P.                           CVSM LLC D/B/A CENTERFOLDS
                                                       CABARET
12
     ___/s/Nathan Kanute_____
13   Nathan G. Kanute, Esq.
     Nevada Bar No.: 12413
14   Snell & Wilmer LLP                                By:  /StevePaik/
     50 West Liberty Street, Suite 510                      Steve Paik, Member
15   Reno, NV 89501-1961
     Tel: 775-785-5440
16   Fax: 775-785-5441
     Email: nkanute@swlaw.com
17   *Attorney for Plaintiffs*                         Steve Paik, Individual

18   Date:__June 27, 2017_____               /StevePaik/
                                                       Steve Paik, *pro se*
19

20                                                     Date:  June 27, 2017

21

22       **IT IS SO ORDERED**

23
                                Dated: _____, 2017
24

25                                                     _____

26                                                     UNITED STATES DISTRICT COURT JUDGE

27

28

4837-6520-5323
                                       - 2 -