Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: nkanute@swlaw.com

*Attorneys for Plaintiffs*

1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7
8
9

| | |
|---|---|
| UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC.; UNIVERSAL MUSIC CORP.; ALMO MUSIC CORP.; BLACK LAVA PRODUCTIONS, INCORPORATED d/b/a BLACK LAVA MUSIC; FIVE SUPERSTARS MUSIC; and LIT UP MUSIC; | Case No.   Case No.   2:17-cv-01230 |
| Plaintiffs, | **JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| CVSM LLC d/b/a CENTERFOLDS CABARET; STEVE PAIK; CORY JACKSON; JOHN NELSON; DRAYTON NAY; and DOES I-X, inclusive; | **(FIRST REQUEST)** |
| Defendants. | |

10
11
12
13
14
15
16
17
18
19

Plaintiffs, Universal Polygram International Publishing, Inc., Universal Music Corp., Almo Music Corp., Black Lava Productions, Incorporated d/b/a Black Lava Music, Five Superstars Music, and Lit Up Music (collectively, "Plaintiffs"), by and through their counsel, and defendants, CVSM LLC d/b/a Centerfolds Cabaret ("CVSM"), and Steve Paik ("Paik"), for good cause shown, hereby stipulate and agree to an extension of time for CVSM and Paik to respond to Plaintiffs' complaint from June 5, 2017 to July 24, 2017. This is the first extension request.

Pursuant to Fed. Rule Civ. Proc. 6(b)(1) and Local Rule IA 6-1, there exists good cause to grant this extension to respond for the following reasons:

20
21
22
23
24
25
26
27
28

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

1.     This extension will permit CVSM and Paik to prepare thorough and complete answers helpful to resolving the issues in the case and will also permit the parties to engage in meaningful settlement discussions and work toward a possible resolution of this matter;

2.     This extension will permit CVSM and Paik to hire counsel; and

3.     This stipulated extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Plaintiffs jointly with CVSM and Paik, agree for an extension to July 24, 2017 for CVSM and Paik to answer or otherwise respond to Plaintiffs' complaint.

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| SNELL AND WILMER L.L.P. | CVSM LLC D/B/A CENTERFOLDS CABARET |
| ____/s/Nathan Kanute_____ | |
| Nathan G. Kanute, Esq. | |
| Nevada Bar No.: 12413 | |
| Snell & Wilmer LLP | By:  /StevePaik/ |
| 50 West Liberty Street, Suite 510 |      Steve Paik, Member |
| Reno, NV 89501-1961 | |
| Tel: 775-785-5440 | |
| Fax: 775-785-5441 | |
| Email: nkanute@swlaw.com | |
| *Attorney for Plaintiffs* | Steve Paik, Individual |
| Date:__June 27, 2017_____ | /StevePaik/ |
| | Steve Paik, *pro se* |
| | Date:  June 27, 2017 |

IT IS ORDERED that the stipulation (ECF No. 15) is GRANTED in part and DENIED in part. The stipulation is granted as to Defendant Steve Paik. The stipulation is denied without prejudice as to Defendant CVSM LLC d/b/a Centerfolds Cabaret. Given that CVSM is a business entity it cannot represent itself and must be represented by an attorney in this case.  *See In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney.").
DATED: June 28, 2017

UNITED STATES MAGISTRATE JUDGE

L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

Snell & Wilmer